# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:13-cv-484-GCM

| | |
|---|---|
| MEKEISHA VICKS, <br> JASON VICKS, <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY ROWELL, *et al.*, <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court on a review of Plaintiff's application to proceed *in forma pauperis* ("Application"). (Doc. No. 2).

In the Application, which appears to be signed by both Plaintiffs under penalty of perjury, it is reported that an unnamed plaintiff receives income from self-employment, yet there is no indication which plaintiff receives the income. Further, there is no amount of income listed despite the fact that one of the plaintiffs reports receiving income.

Before the Court may proceed to review the evidence in the Application, the Plaintiffs will be instructed to provide full income information from the last twelve months and to complete a long-form Application to Proceed in District Court without Prepaying Fees or Costs which form may be obtained from the clerk's office.

**IT IS, THEREFORE, ORDERED** that Plaintiffs are directed to complete a long-form Application to Proceed in District Court without Prepaying Fees or Costs and provide proof of all income for the last twelve (12) months. Failure to file this Application as provided herein with fourteen (14) days from entry of this Order will result in dismissal of this action without

1

further notice.

**IT IS SO ORDERED**.

Signed: September 5, 2013

Graham C. Mullen
United States District Judge